# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2817
LT Case Nos. 2020-CF-002179-A
2020-CF-002180-A

_____

DANNY L. LINDSEY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Danny L. Lindsey, Jr., Lake City, pro se.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

March 19, 2024

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____